**Order entered January 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00671-CR

**WILLIAM GERARD PALMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-00445-K**

## ORDER

The Court **GRANTS** appellant's January 16, 2015 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within THIRTY (30) DAYS from the date of this order.

/s/    LANA MYERS
        JUSTICE